ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
VICTOR A. RODGERS
California Bar No. 101281
Assistant United States Attorney
Asset Forfeiture Section
    Federal Courthouse, 14th Floor
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-2569
    Facsimile: (213) 894-7177
    E-mail: victor.rodgers@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | ) | No. CV 11-2257-DMG(JCGx) |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **CONSENT JUDGMENT OF FORFEITURE** |
| $720,779.00 IN U.S. CURRENCY, | ) | |
| Defendant. | ) | |
| BAO CONG PHAN, | ) | |
| Claimant. | ) | |

On or about March 16, 2011, Plaintiff United States of America ("the government," "the United States of America" or "plaintiff") filed a Complaint for Forfeiture alleging that the defendant $720,779.00 in U.S. Currency (the "defendant currency") is subject

1  to forfeiture pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C.
2  § 881(a)(6).
3      Claimant Bao Cong Phan ("claimant") filed a claim to the
4  defendant currency on or about April 19, 2011 and an answer to the
5  Complaint on or about June 30, 2011.  No other parties have
6  appeared in this case and the time for filing claims and answers
7  has expired.
8      The government and claimant have now agreed to settle this
9  action and to avoid further litigation by entering into this
10 Consent Judgment of Forfeiture.
11     The Court, having been duly advised of and having considered
12 the matter, and based upon the mutual consent of the parties
13 hereto,
14     IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:
15     1.   This Court has jurisdiction over the subject matter of
16 this action and the parties to this Consent Judgment of Forfeiture.
17     2.   The Complaint for Forfeiture states a claim for relief
18 pursuant to 18 U.S.C. § 981(a)(1)(C) and 21 U.S.C. § 881(a)(6).
19     3.   Notice of this action has been given as required by law.
20 No appearances have been made in the litigation by any person other
21 than claimant.  The Court deems that all other potential claimants
22 admit the allegations of the Complaint for Forfeiture to be true.
23     4.   The sum of $8,000.00 only (without interest), less any
24 debts or other amounts owed by claimant or his attorney of record
25 in this case which the United States of America is entitled to
26
27
28

offset pursuant to 31 U.S.C. § 3716,[1] shall be returned to claimant. The remainder of the defendant currency (i.e., $712,779.00), plus the interest earned by the United States of America on the defendant currency, shall be condemned and forfeited to the United States of America, which shall dispose of those funds in accordance with law.

    5. The funds to be returned to claimant pursuant to paragraph 4 above shall be paid to claimant by electronic transfer directly into the client trust account of Ronald Richards, Esq., attorney of record for claimant in this case. Claimant (through his attorney of record Ronald Richards, Esq.) shall provide all information and complete all documents requested by the United States of America in order for the United States of America to complete the transfer and determine the government's right to any offset pursuant to 31 U.S.C. § 3716 including, without limitation, providing claimant's social security and taxpayer identification numbers (if any), claimant's attorney of record's taxpayer identification number, and the identity of the bank, the bank's address and the account name, account number, account type and wire transfer routing number for the Ronald Richards client trust account to which the transfer of funds is to be made.

/ / /

---

[1] 31 U.S.C. § 3716, the Debt Collection Improvement Act of 1996 requires the United States of America to offset from its payments delinquent non-tax debts owed to the United States of America and delinquent debts owed to States, including past-due child support enforced by States. For purposes of determining an offset pursuant to 31 U.S.C. § 3716, one-half of the $8,000.00 returned amount (i.e., $4,000.00) shall be deemed to constitute attorney fees belonging to clamant's attorney of record in this case (i.e., the Law Offices of Ronald Richards & Associates, A.P.C.), while the remaining one-half of the $8,000.00 returned amount (i.e., $4,000.00) shall be deemed to belong to claimant.

6. Claimant hereby releases the United States of America, its agencies, agents, officers, employees and representatives, including, without limitation, all agents, officers, employees and representatives of the Drug Enforcement Administration and the Department of Justice and their respective agencies, as well as all agents, officers, employees and representatives of any state or local governmental or law enforcement agency involved in the investigation or prosecution of this matter, from any and all claims, actions, or liabilities arising out of or related to this action, including, without limitation, any claim for attorney fees, costs, and interest, which may be asserted by or on behalf of claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

7. The Court finds that there was reasonable cause for the seizure of the defendant currency and institution of these proceedings. This judgment shall be construed as a certificate of reasonable cause pursuant to 28 U.S.C. § 2465.

8. The Court further finds that claimant did not substantially prevail in this action, and the parties hereto shall bear their own attorney fees and costs.

DATED: February 27, 2012

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

## CONSENT

The parties hereto consent to the above judgment and waive any right of appeal.

DATED: February 21, 2012

ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section

/s/ Victor A. Rodgers
VICTOR A. RODGERS
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA

DATED: February 21, 2012

LAW OFFICES OF RONALD RICHARDS &
ASSOCIATES, A.P.C.

/s/ Ronald Richards
RONALD RICHARDS
NICHOLAS BRAVO

Attorneys for Claimant
BAO CONG PHAN